UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                        :

SHERRY ELAINE BUTLER,                :          24-CV-9558 (JAV) (VF)
                                                        :          24-CV-9594 (JAV) (VF)
                  Plaintiff,             :          24-CV-9598 (JAV) (VF)
                                                        :          24-CV-9600 (JAV) (VF)
            -v-                         :          24-CV-9620 (JAV) (VF)
                                                         :          25-CV-0068 (JAV) (VF)
                                                         :
COLGATE PALMOLIVE CO.,           :          <u>ORDER</u>
                                                         :
               Defendant.           :
------------------------------------------------------------------- X

JEANNETTE A. VARGAS, United States District Judge:

On January 30, 2025, pursuant to Rules for the Division of Business Among District Judges, the above-referenced cases were accepted by this Court as related to 24-cv-9558. In separate orders issued today, these cases have been referred for general pretrial supervision to Magistrate Judge Valerie Figueredo, who will conduct coordinated discovery and pre-trial proceedings in these matters.

The Court does not at the present time intend to consolidate these cases. Any party that seeks consolidation may make an appropriate motion pursuant to Federal Rule of Civil Procedure 42(a).

SO ORDERED.

Dated: February 4, 2025
      New York, New York

                                                                               JEANNETTE A. VARGAS
                                                                               United States District Judge