UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHERRY ELAINE BUTLER,

                              Plaintiff,

              -against-

COLGATE-PALMOLIVE COMPANY,

                              Defendant.
------------------------------------------------------------------X
CHRISTINA SILVIA PASTRANA,

                              Plaintiff,

              -against-

COLGATE-PALMOLIVE COMPANY,

                              Defendant.
------------------------------------------------------------------X
DALIA ELIAS,

                              Plaintiff,

              -against-

COLGATE-PALMOLIVE COMPANY,

                              Defendant.
------------------------------------------------------------------X

24-CV-9558 (JAV) (VF)
24-CV-9620 (JAV) (VF)
25-CV-0068 (JAV) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The motions to stay discovery pending resolution of the motions to dismiss filed in 24-CV-09558, 24-CV-09620, and 25-CV-0068 are hereby **GRANTED.**

      The Clerk of Court is respectfully directed to terminate the gavels in 24-CV-09558 at ECF No. 26, 24-CV-09620 at ECF No. 34, and 25-CV-0068 at ECF No. 31.

      **SO ORDERED.**

DATED:    New York, New York
               April 21, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge