UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERRY ELAINE BUTLER,

                                                                                24-CV-9558 (JAV) (VF)

                    Plaintiff,

               -against-                                       **ORDER**

COLGATE-PALMOLIVE COMPANY,

                    Defendant.

-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the Court's resolution of the motion to dismiss at ECF No. 31, this case is ready to move forward with discovery. Because this case is related to 24-CV-09620 and 25-CV-0068, discovery in these cases should proceed in tandem. Accordingly, the parties in 24-CV-9558, 24-CV-09620, and 25-CV-0068 are directed to confer and complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo. The parties are further directed to jointly file one updated Report of Rule 26(f) Meeting and Proposed Case Management Plan on ECF by **December 1, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                November 5, 2025

                                                                                  VALERIE FIGUEREDO
                                                                                  United States Magistrate Judge